USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-05

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

April 7, 2005



BY HAND

Hon. Richard Conway Casey
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

      Re:    <u>Ebadi v. Office of Foreign Assets Control</u>, No. 04 Civ. 8420 (RCC)

Dear Judge Casey:

    I write respectfully to request with consent of plaintiffs a further extension of the briefing schedule in the above-referenced matter, which challenges certain Treasury Department regulations on statutory and constitutional grounds. If this request is granted, the Government's deadline to submit opposition to plaintiffs' motion for a preliminary injunction would be extended from April 8, 2005, to April 22, 2005, and plaintiffs' time to submit reply papers would be extended from May 9, 2005, to May 23, 2005.

    The parties are continuing discussions concerning a possible consensual resolution of the matter, which we are hopeful will successfully conclude soon. The parties respectfully request the additional extension to continue those discussions.

    I respectfully request that this letter be "so ordered" and docketed to authorize the agreed-upon extension. Thank you for your consideration.

                          Respectfully,

                          DAVID N. KELLEY
                          United States Attorney

              By:    DAVID S. JONES
                        Assistant United States Attorney
                        Tel.: (212) 637-2739
                        Fax: (212) 637-2686

*Application granted*
*Richard Casey*
4/11/05

cc (by fax):    Philip Allen Lacovara, Esq. (by fax 212-849-5585)